UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| **ROLANDO GUERRA AND EDUARDO GUERRA, Individually and on Behalf of all Others Similarly Situated,** § § § § | |
| Plaintiffs, § | |
| § | |
| vs. § | |
| § | CIVIL ACTION NO. 7:19-CV-216-DC-RCG |
| **SOUTHERN CONNECTIONS AND SERVICES, INC.** § § | |
| Defendant. § | |

## MOTION TO DISMISS WITH PREJUDICE

Plaintiffs Rolando Guerra and Eduardo Guerra file this Motion to Dismiss with Prejudice as follows:

The claims of Rolando Guerra and Eduardo Guerra were resolved as part of the settlement (which this Court recently approved) in *Castellano Et Al v. Southern Connections and Services, Inc.*, Cause No. 7:19-cv-00247-DC-RCG. As such, Rolando Guerra and Eduardo Guerra respectfully ask the Court to dismiss this case with prejudice.

Respectfully submitted,

/s/ Josh Borsellino
Josh Borsellino
State Bar No. 24045532
Borsellino, P.C.
Office Address:
1020 Macon St., Suite 15
Fort Worth, Texas 76102
Mailing Address:
3267 Bee Cave Rd., Ste. 107, Box # 201
Austin, TX 78746
Telephone: (817) 908-9861

Facsimile: (817) 394-2412
Email: josh@dfwcounsel.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the foregoing on all counsel of record through the ECF filing system of the Western District of Texas on June 18, 2020.

/s/Josh Borsellino